UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STATE OF AMERICA | : | |
| VS. | : | CASE NO: 05-52S |
| SHARROD J. DAWSON | : | |

## MOTION TO WITHDRAW

Now comes Counsel for the Defendant, Thomas F. Connors, Esq., and respectfully requests that he be allowed to withdraw as counsel for the above-captioned Defendant. The reason for this is that the client's friend who agreed to loan him the money to retain our office is now unwilling or unable to pay.

**WHEREFORE**, Counsel for the Defendant prays that his Motion to Withdraw be granted.

Respectfully Submitted,
By His Attorney,

Thomas F. Connors, Esq. #2108
454 Broadway
Providence, RI 02909
401-751-3900
401-751-8983

GRANTED
William E. Smith
U.S. District Judge
6/10/05

## CERTIFICATION

I hereby certify that a true copy of the within motion was mailed to U.S. District Court, District of Rhode Island, Office of the Clerk, One Exchange Terrace Providence, RI 02903, to Zechariah Chafee, Assistant U.S. Attorney, 50 Fleet Center, 8th Floor, Providence, RI 02903 and to David L. Martin, U.S. Magistrate Judge, One Exchange Terrace Providence, RI 02903 on this 24th day of May, 2005.