SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CR No. 05-052S |
| SHARROD J. DAWSON | : | |

## MOTION TO CONTINUE TRIAL

Now comes the accused, Sharrod J. Dawson, by and through his counsel, and moves this Honorable Court to continue the trial in this matter, currently scheduled for empanelment on July 6, 2005.

In support of this motion, defense counsel states that due to a conflict with the Federal Public Defender Office, a motion to withdraw has been filed in this matter. In said motion, the undersigned has requested that a CJA panel attorney be appointed to represent Mr. Dawson in this case. Therefore, defense counsel is requesting that this matter be continued for an additional sixty (60) days or to the Court's September trial calendar.

The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8).

The Government, through AUSA Zechariah Chafee, has stated it has no objection to this requested continuance

Respectfully submitted
Sharron Dawson
By his attorney,

[signature]

Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of this motion, to Zechariah Chafee, Assistant United States Attorney, on June ~~23~~ 28th, 2005.

[signature]