FILED
JUN 2 8 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA** :

**VS.** : **CR No. 05-052S**

**SHARROD J. DAWSON** :

## MOTION TO WITHDRAW

Now comes the undersigned, Edward C. Roy, Assistant Federal Public Defender, and hereby moves to withdraw his appearance on behalf of the defendant in the above-entitled matter. In support of this motion, counsel states that a personal conflict exists involving Mr. Dawson and both Mr. Roy and Mr. Fitzgerald. These personal conflicts were discussed with Mr. Dawson and he agreed that it would be in his best interest to have a CJA Panel attorney appointed to represent him in this matter.

The Government, through AUSA Zechariah Chafee, has stated it has no objection to this motion.

Respectfully submitted
Sharron Dawson
By his attorney,

Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

Granted
WMM
USDJ
6/29/05

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of this motion, to Zechariah Chafee, Assistant United States Attorney, on June ~~23~~ 28th, 2005.