UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| USA | ) | |
| v. | ) | C.R. No. 05-52S |
| Sharrod J. Dawson | ) | |

O R D E R

This matter hereby is referred to Magistrate Judge David L. Martin for determination of attorney representation.

ENTER:

William E. Smith
United States District Judge

Dated: 6/29/05

BY ORDER:

Deputy Clerk