AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

V.

SHARROD DAWSON

APPEARANCE

CASE NUMBER: 05-0052-001

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

SHARROD DAWSON

I certify that I am admitted to practice in this court.

July 14, 2005
*Date*

*Signature*

WILLIAM C. DIMITRI, ESQ. #3129
*Print Name* *Bar Number*

462 Broadway
*Address*

Providence, RI 02909
*City* *State* *Zip Code*

(401) 273-9092 (401) 331-1898
*Phone Number* *Fax Number*

form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.