UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. Cr. No. 05-528S

SHARROD J. DAWSON

MOTION FOR CONTINUANCE

NOW COMES the defendant Sharrod Dawson by and through counsel, and moves that the instant matter be continued to the court's next trial calendar.

In support of this motion counsel for the defendant avers that he was "recently" appointed to represent the defendant in this matter and although he has met with the defendant, and received discovery he requires additional time in which to consider the evidence available, additional time to discuss the defendant's options with him and additional time to consider and file motions, proposed jury instructions and otherwise comply with the court's orders which were in place at the time counsel was appointed.

Wherefore the defendant respectfully requests that the instant matter be continued to the court's next trial calendar.

Sharrod J. Dawson
By his attorney,

William C. Dimitri, Esq.
462 Broadway
Providence, RI 02909
401-273-9092
401-331-1898 (fax)

CERTIFICATION

I hereby certify that a true copy of this motion was sent regular mail and via facsimile (709-5001) to Assistant United States Attorney Zechariah Chaffee on the 12th day of August, 2004.