# UNITED STATES DISTRICT COURT

# DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

---

**CASE NUMBER: CR05-52S** **September 20, 2005**

**TITLE: USA V. SHARROD DAWSON**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**IN COURT: 10:58 a.m. - 11:15 a.m.**

---

**COUNSEL PRESENT:** **Government - Zechariah Chafee, AUSA**
**Defendant - William Dimitri, Esquire**

**RE: Change of Plea Hearing**

**Proceedings: All counsel of record present; Defendant present; Defendant sworn; waiver read; Government summarizes the terms of the plea agreement; Defendant agrees to the terms of the plea agreement; Government sets forth the elements and the facts of this case and what they could prove if this matter were to go to trial; Defendant agrees to the elements and the facts of this case; Sentencing set for Friday, December 16, 2005 at 11:30 a.m.; Defendant remanded into custody.**