**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR.No. 05-052S |
| | : | |
| SHARROND J. DAWSON | : | |

**GOVERNMENT'S MOTION TO ADJOURN SENTENCING**

Comes now the United States of America and Moves To Adjourn Sentencing for reasons set forth in accompanying memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ZECHARIAH CHAFEE
Assistant U.S. Attorney

**CERTIFICATION OF SERVICE**

I hereby certify that on this 14th day of December, 2005, I served a copy of the within Government's Objection to Defendant's Motion to Adjourn Sentencing, to the following:

William C. Dimitri, Esq.
462 Broadway
Providence, RI 02909

Paula Harvey

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA :
: Cr. No. 05-052S
v. :
:
SHARROD J. DAWSON :

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF IT'S MOTION TO ADJOURN SENTENCING**

The government moves to adjourn the sentencing hearing on this case now set for December 16, 2005 until February of 2006. Defendant has argued that he should be sentenced below the range calculated by the Probation Department because, among other reasons, he argues, the sentencing guidelines for crack is unjustly disproportionate to the guidelines for powder cocaine. As this Court is well aware, this is a matter of continuing contention between the District Judges of this district and the U.S. Attorney's Office. The case which should decide the issue is now before the First Circuit and is being considered on an expedited basis. (U.S. v. Sambath Po and Shawn Lewis). The U.S. Attorney expects a decision in January 2006.

It makes sense to adjourn this sentencing until after the First Circuit has given its definitive guidance on this key issue. Any sentence the defendant is likely to receive will far exceed the time of the requested adjournment.

Government's counsel has spoken to defense counsel William C. Dimitri by telephone and Mr. Dimitri concurs with this motion

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Zechariah Chafee

ZECHARIAH CHAFEE
ASSISTANT U.S. ATTORNEY

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of December 2005. I served a copy of the within Government's Memorandum in Support of It's Motion to Adjourn Sentencing to:

William C. Dimitri, Esq.
462 Broadway
Providence, RI 02909

Paula Harvey