**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
DEC 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR.No. 05-052S
:
SHARROND J. DAWSON :

**GOVERNMENT'S MOTION TO ADJOURN SENTENCING**

Comes now the United States of America and Moves To Adjourn Sentencing for reasons set forth in accompanying memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ZECHARIAH CHAFEE
Assistant U.S. Attorney

GRANTED
William E. Smith
U.S. District Judge
12/15/05