**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**v.** **CR.NO. 05-052S**

**SHARROD J. DAWSON**

NOTICE OF APPEAL

NOW COMES the defendant, Sharrod J. Dawson and pursuant to 18 U.S.C. 3742 hereby claims an appeal from the sentence imposed on February 10. 2006.

Sharrod J. Dawson
By his attorney,

William C. Dimitri, Esq.
462 Broadway
Providence, RI 02909
401-273-9092
401-331-1898 (fax)

Certification

I hereby certify that a true copy of this notice of appeal was mailed to Zechariah Chafee, A.U.S.A. on the 18th of February, 2006.