**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**v.** **CR.NO. 05-052S**

**SHARROD J. DAWSON**

MOTION TO PROCEED IN FORMA PAUPERIS

NOW COMES the defendant Sharrod J. Dawson and moves that this Honorable Court permit him to proceed in forma pauperis and to order the government to bear all costs associated with his appeal in the above matter.

In support of this motion the defendant avers that he is without funds or other assets to proceed with this appeal and refers this court to the financial statements already on file with the court and the Department of Probation.

Sharrod J. Dawson
By his attorney,

William C. Dimitri, Esq.
462 Broadway
Providence, RI 02909
401-273-9092
401-331-1898 (fax)

Certification

I hereby certify that a true copy of this notice of appeal was mailed to Zechariah Chafee, A.U.S.A. on the 18th of February, 2006.