**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**v.** **CR.NO. 05-052S**

**SHARROD J. DAWSON**

MOTION FOR APPOINTMENT OF COUNSEL

NOW COMES the defendant Sharrod J. Dawson and moves that this Honorable Court and ultimately the First Circuit Court of Appeal appoint counsel to represent him in the appeal of his sentence.

At this juncture of the proceedings the defendant and counsel move that present counsel be permitted to withdraw from further representation of the defendant and that new counsel be appointed to represent the defendant in the appeal. Both defendant and counsel acknowledge that said request must also be made to the appellate court and will so notify the court at the appropriate time.

[illegible] MDA [illegible]
[illegible]
2/21/06

Sharrod J. Dawson
By his attorney,

William C. Dimitri, Esq.
462 Broadway
Providence, RI 02909
401-273-9092
401-331-1898 (fax)

Certification
I hereby certify that a true copy of this notice of appeal was mailed to Zechariah Chafee, A.U.S.A. on the 18th of February, 2006.

GRANTED.

DAVID L. MARTIN
United States Magistrate Judge
March 7, 2006

RECEIVED
FEB [illegible] 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND