UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

March 15, 2006

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

RE: CR 05-52S CCA#

USA v. Sharrrod Dawson

Dear Clerk of Court:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL and a certified copy of the docket in the above matter.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

BY: ______________________
Martha Saucier
DEPUTY CLERK

encl: Certified Docket and **Doc# 44 and 45-Oder granting Motion to proceed in forma papueris and Motion for Appointment of Counsel**