Judge W. Smith
05-00052
USDCRI

# MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 06-1344

UNITED STATES,

Appellee,

v.

SHARROD J. DAWSON,

Defendant, Appellant.

---

Before

Boudin, Chief Judge,
Selya and Lipez, Circuit Judges.

---

JUDGMENT

Entered: July 26, 2006

Appellant challenges his sentence on two grounds. First, he contends that it was plain error for the sentencing court to consider prior convictions that were neither charged in the indictment, proven to a jury, nor admitted by him. As appellant concedes, however, this argument is foreclosed by Almendarez-Torres v. United States, 523 U.S. 224 (1998), which is binding law. See United States v. Jimenez-Beltre, 440 F.3d 514, 520 (1st Cir. 2006)(en banc).

Second, appellant contends that he should not have been deemed a career offender under the advisory United States Sentencing Guidelines, § 4B1.1, because three of his prior convictions for drug offenses were consolidated for sentencing. However, the three offenses were separated by intervening arrests and were properly counted as unrelated. See United States v. Gonzales, 363 F.3d 15, 17 (1st Cir. 2004). Moreover, the sentencing court, after considering the statutory sentencing factors, imposed a sentence well below the advisory guideline sentencing range.

The judgment is affirmed.

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

M. Pucco
Deputy Clerk

Date: 8/18/06

[cc: Donald Lockhart, AUSA, Stephen Paul Maidman, Esq.]