IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
Plaintiff/Respondent

v.

SHARROD J. DAWSON,
Defendant/Petitioner

Case No.: 06-1344

MOTION FOR LEAVE TO FILE
AN AMENDED MOTION
PURSUANT TO 28 U.S.C. § 2255

COMES NOW, Sharrod J. Dawson, Petitioner in the above referenced matter, appearing pro se, respectfully moves this Honorable Court for LEAVE TO FILE AMENDED [1] MOTION PURSUANT TO 28 U.S.C. § 2255 upon completion of his legal and factual investigation, relative to the Motion. As grounds for his Motion hereinafter more fully appear;

1.) Petitioner has, with this Motion, filed a "Placeholder" Motion with the Clerk of this Court. The Motion is "properly filed within the one year statute of limitations of the

1 Plaintiff would like to emphasize that he is not asking to raise any new claims in the amended § 2255 Motion. He is moving the Court only for permission to file an amended motion which "clarifies" the legal and factual basis for the claims already pleaded and set forth in the "placeholder motion". See U.S. v. Thomas, 221 F.3d 430, 2000 (amendment appropriate to "clarify" or to "add meat to the bare bones" of a motion pursuant to 28 U.S.C. § 2255); Dean v. United States, 278 F.3d 1218, 2002 (same - - comparing claims to determine whether amended § 2255 motion was a clarifying motion or raised new claims.)

Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), Pub.L.No. 104-132, 110 Stat. 1214 (4-24-96). See J. Liebman and R. Hertz, Federal Habeas Corpus Practice and Procedure, § 5.1(b) Pg. 235-237 (n.64), Pg. 243-244 (n.91) (3d Ed. 1998) (collecting authorities) and Lovasz v. Vaughn, 134 F.3d 146 (3d Cir. 1998).

2.) Dawson is incarcerated pursuant to sentence of this Court. Due to problems researching the files and records of the case, he has been unable to review and include all facts revelant to the claims set forth in the Placeholder Section 2255 Motion.

3.) Petitioner anticipates that he will have the opportunity to conclude his review of the files and records within the next 60 days. Upon completion of the review, Petitioner will promptly prepare and file an amended motion pursuant to 28 U.S.C. § 2255, which will include relevant facts material to the claims for relief.

4.) Petitioner respectfully submits that grant of leave to amend is appropriate under the facts of this case and authorities such as J. Liebman and R. Hertz, Federal Habeas Corpus Practice and Procedure, § 3.4(a), Pg. 156-157, and (n.16) (3d Ed. 1998) ( and authorities therein ).

5.) Dawson further respectfully submits that it is within the Court's discretion, and would be responsive to concerns for limited judicial resources, to hold proceedings in abeyance, with respect to the Placeholder motion, pending grant of leave to amend and amendment of the motion. See J. Liebman and R. Hertz, Federal Habeas Corpus Practice and Procedure, § 3.4(a), Pg. 155-156 (n.16) (3d Ed. 1998).

RELIEF REQUESTED

WHEREFORE, based on the foregoing facts and law, Petitioner respectfully requests this Court to:

1.) ORDER proceedings with respect to the Placeholder motion be held in abeyance pending the Court's ruling on his motion to amend and amendment of his § 2255 motion;

2.) ORDER that Petitioner be granted leave to amend his Placeholder § 2255 motion within a reasonable time;

3.) ORDER that Dawson be allowed access to the necessary court documents.

Respectfully submitted,

Dated: Nov. 4, 2007

Sharrod J. Dawson, pro se

"Authorized by the Act of July 7, 1955 to Administer Oaths (18U.S.C. 4004)

Case Manager
F.C.I. Ray Brook, N.Y."

# Certificate of Service

I, SHARROD J. DAWSON, do hereby Affirm under penalty of prejury, pursuant to 28 U.S.C § 1746 (1), that a true and correct copy of this MOTION FOR LEAVE TO FILE AN AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255, has been properly packaged with adequate postage affixed thereupon, and given to the appropriate staff member of F.C.I Raybrook to be deposited in the U.S. mail and delivered to:

Zachariah Chafee, AUSA
United States Attorney office
50 Kennedy Plaza, 8th fl.
Fleet Center
Providence Rhode Island 02903

So done this 4 day of November, 2007

Sharrod J Dawson
SHARROD J. DAWSON, PRO SE
B.O.P. REG. NO. 05596-070
F.C.I RAYBROOK
P.O. BOX 9006
RAYBROOK NEW YORK 12977