UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR 05-052 S
:
SHARROD J. DAWSON :

**ORDER**
**REQUIRING DEFENDANT**
**TO PROVIDE DATE AND CONTENTS**
**OF ALLEGED PREVIOUS FILING**

Before the Court is a Motion for Leave to File an Amended Motion Pursuant to 28 U.S.C. § 2255 (Document ("Doc.") #51) ("Motion for Leave") filed by Defendant Sharrod J. Dawson.[1] Defendant states that he "is moving .... for permission to file an amended motion which 'clarifies' ... the claims already pleaded ... in the 'placeholder motion.'" Motion for Leave at 1 n.1. However, the Court is unaware of any "placeholder motion." No such motion has been filed in this Court.

Somewhat confusingly, Defendant also states in the Motion for Leave that "Petitioner has, with this Motion, filed a "Placeholder Motion" with the Clerk of this Court." Id. at 1. This suggests that he filed the "placeholder motion" with the Motion for Leave. However, no "placeholder motion" accompanied the Motion for Leave.

Under the circumstances, the Court declines to rule upon the Motion for Leave at the present time. Obviously, the Court

[1] Defendant identifies himself as "Defendant/Petitioner" in the caption of the Motion for Leave and as "Petitioner" in the body of that document. See Motion for Leave at 1. However, the case number which he cites in the caption, "06-1344," is the case number of his appeal in the United States Court of Appeals for the First Circuit. The Court is unaware of any action filed by Defendant in this Court in which he is the petitioner. Accordingly, for the present, the Court refers to him as Defendant.

cannot grant Defendant permission to file an amended motion if the prior motion was not filed. Accordingly, within twenty-one days of the date of this Order, Defendant shall:

1) identify the Court in which the "placeholder motion" was filed;

2) the number of the case in which it was filed;

3) the approximate date it was filed, and

4) the contents of the "placeholder motion."[2]

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
December 14, 2007

[2] Defendant may satisfy requirement No. 4 by submitting a copy of the "placeholder motion."