UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR 05-052 S |
| | : | |
| SHARROD J. DAWSON | : | |

**ORDER**
**DENYING MOTION FOR LEAVE TO FILE AN AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

Before the Court is a Motion for Leave to File an Amended Motion Pursuant to 28 U.S.C. § 2255 (Document ("Doc.") #51) ("Motion for Leave") filed by Defendant Sharrod J. Dawson.[1] Defendant states that he "is moving ... for permission to file an amended motion which 'clarifies' ... the claims already pleaded ... in the 'placeholder motion.'" Motion for Leave at 1 n.1. Because the Docket reflects that no such "placeholder motion"[2] had been filed in this Court, this Magistrate Judge on December

[1] Defendant identifies himself as "Defendant/Petitioner" in the caption of the Motion for Leave and as "Petitioner" in the body of that document. See Motion for Leave at 1. However, the case number which he cites in the caption, "06-1344," is the case number of his appeal in the United States Court of Appeals for the First Circuit. The Court is unaware of any action filed by Defendant in this Court in which he is the petitioner. Accordingly, the Court refers to him as Defendant.

[2] In a prior order, the Court noted that:

> Somewhat confusingly, Defendant also states in the Motion for Leave that "Petitioner has, with this Motion, filed a "Placeholder Motion" with the Clerk of this Court." This suggests that he filed the "placeholder motion" with the Motion for Leave. However, no "placeholder motion" accompanied the Motion for Leave.

Order Requiring Defendant to Provide Date and Contents of Alleged Previous Filing ("Order of 12/14/07") at 1 (internal citation omitted).

14, 2007, ordered Defendant to identify: 1) the Court in which the "placeholder motion" was filed; 2) the number of the case in which it was filed; 3) the approximate date it was filed; and 4) the contents of the "placeholder motion." Order Requiring Defendant to Provide Date and Contents of Alleged Previous Filing ("Order of 12/14/07"). Defendant was given twenty-one (21) days in which to file his response. He has not done so.

Accordingly, the Motion for Leave is hereby DENIED.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
January 18, 2008